Fill in this information to identify your case:

United States Bankruptcy Court for the:

Northern District of Illinois

Case number (If known): _____

Chapter you are filing under:
- ☒ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
AUG 08 2016
JEFFREY P. ALLSTEADT, CLERK

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy  12/15

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | First name: Donna<br>Middle name:<br>Last name: Grote<br>Suffix (Sr., Jr., II, III): | First name:<br>Middle name:<br>Last name:<br>Suffix (Sr., Jr., II, III): |
| **2. All other names you have used in the last 8 years** Include your married or maiden names. | First name:<br>Middle name:<br>Last name:<br><br>First name:<br>Middle name:<br>Last name: | First name:<br>Middle name:<br>Last name:<br><br>First name:<br>Middle name:<br>Last name: |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 2 8 3 6<br>OR<br>9xx – xx – ___ ___ ___ ___ | xxx – xx – ___ ___ ___ ___<br>OR<br>9xx – xx – ___ ___ ___ ___ |

Official Form 101  Voluntary Petition for Individuals Filing for Bankruptcy  page 1

Debtor 1  Donna    Anne    Gro_____
         First Name  Middle Name  Last Name

Case number (if known)_____

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| 4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years<br><br>Include trade names and *doing business as* names | ☒ I have not used any business names or EINs.<br><br>Business name _____<br><br>Business name _____<br><br>EIN __ __ - __ __ __ __ __ __ __<br><br>EIN __ __ - __ __ __ __ __ __ __ | ☐ I have not used any business names or EINs.<br><br>Business name _____<br><br>Business name _____<br><br>EIN __ __ - __ __ __ __ __ __ __<br><br>EIN __ __ - __ __ __ __ __ __ __ |
| 5. Where you live | 955 Oak Ridge Blvd<br>Number    Street<br><br>Elgin                IL  60120<br>City             State    ZIP Code<br><br>Cook<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>Number    Street<br><br>P.O. Box<br><br>City             State    ZIP Code | If Debtor 2 lives at a different address:<br><br>Number    Street<br><br>City             State    ZIP Code<br><br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>Number    Street<br><br>P.O. Box<br><br>City             State    ZIP Code |
| 6. Why you are choosing *this district* to file for bankruptcy | Check one:<br><br>☒ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)<br>_____<br>_____<br>_____ | Check one:<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)<br>_____<br>_____<br>_____ |

Debtor 1  Donna Anne Grote
_____First Name_____Middle Name_____Last Name_____     Case number (if known)_____

## Part 2: Tell the Court About Your Bankruptcy Case

7. **The chapter of the Bankruptcy Code you are choosing to file under**

   Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

   ☒ Chapter 7
   ☐ Chapter 11
   ☐ Chapter 12
   ☐ Chapter 13

8. **How you will pay the fee**

   ☐ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

   ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the Application for Individuals to Pay The Filing Fee in Installments (Official Form 103A).

   ☒ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition.

9. **Have you filed for bankruptcy within the last 8 years?**

   ☒ No
   ☐ Yes.  District _____ When ____/____/____ Case number _____
            District _____ When ____/____/____ Case number _____
            District _____ When ____/____/____ Case number _____

10. **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

    ☒ No
    ☐ Yes.  Debtor _____ Relationship to you _____
            District _____ When ____/____/____ Case number, if known _____

            Debtor _____ Relationship to you _____
            District _____ When ____/____/____ Case number, if known _____

11. **Do you rent your residence?**

    ☒ No. Go to line 12.
    ☐ Yes. Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

       ☐ No. Go to line 12.
       ☐ Yes. Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it with this bankruptcy petition.

Official Form 101    Voluntary Petition for Individuals Filing for Bankruptcy    page 3

Debtor 1 __Donna Anne Goodurn__ Case number (if known)_____
        First Name   Middle Name   Last Name

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☒ No. Go to Part 4.

☐ Yes. Name and location of business

Name of business, if any _____

Number   Street _____

_____

City _____   State ___   ZIP Code ___

Check the appropriate box to describe your business:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☐ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☒ No

☐ Yes. What is the hazard? _____

_____

If immediate attention is needed, why is it needed? _____

_____

Where is the property? _____
                      Number   Street

_____

City _____   State ___   ZIP Code ___

Debtor 1  Donna Anne Grote
    First Name   Middle Name   Last Name

Case number (if known) _____

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

You must check one:

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☒ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.
Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ I am not required to receive a briefing about credit counseling because of:

   ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

   ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

   ☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

You must check one:

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.
Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ I am not required to receive a briefing about credit counseling because of:

   ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

   ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

   ☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1 __Donna Anne Ghote__
        First Name   Middle Name   Last Name

Case number (if known)_____

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☒ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts.

_____

**17. Are you filing under Chapter 7?**

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☐ No. I am not filing under Chapter 7. Go to line 18.
☒ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☒ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☐ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☒ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☒ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☒ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _Don Ghote_                              X _____
Signature of Debtor 1                        Signature of Debtor 2

Executed on __8 / 7 / 2016__                Executed on _____
            MM / DD / YYYY                              MM / DD / YYYY

Official Form 101    Voluntary Petition for Individuals Filing for Bankruptcy    page 6

Debtor 1 __Donna_____ __Anne_____ __[Last Name]_____
     First Name   Middle Name   Last Name

Case number (if known)_____

**For you if you are filing this bankruptcy without an attorney**

**If you are represented by an attorney, you do not need to file this page.**

The law allows you, as an individual, to represent yourself in bankruptcy court, but **you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and legal consequences, you are strongly urged to hire a qualified attorney.**

To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay.

You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if you do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. **Bankruptcy fraud is a serious crime; you could be fined and imprisoned.**

If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply.

Are you aware that filing for bankruptcy is a serious action with long-term financial and legal consequences?

☐ No
☒ Yes

Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?

☐ No
☒ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?
☒ No
☐ Yes. Name of Person_____
    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

By signing here, I acknowledge that I understand the risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case.

X _Donna Shott_____        X _____
Signature of Debtor 1         Signature of Debtor 2

Date _8_/_7_/_2016_        Date ___/___/____
  MM / DD / YYYY           MM / DD / YYYY

Contact phone _331-422-5297_    Contact phone _____

Cell phone _____        Cell phone _____

Email address _____     Email address _____

Official Form 101     **Voluntary Petition for Individuals Filing for Bankruptcy**     page 8

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In Re: )
)
)
)
) Case No.
Debtor (s) )
Donna Grote )  Chapter
)
)

List of Creditors

| American Express<br>P.O Box 360001<br>Ft Lauderdale, Fl 333 | American Express<br>Box 0001<br>Los Angeles, CA 90096 |
|---|---|
| HSBC Card Services,<br>Household Bank Platinum<br>Mastercard, P.O Box 88000<br>Baltimore, MD 21288 | Discover<br>PO Box 6103<br>Carol Stream, IL |
| Bartlett Police Department<br>228 S Main St<br>Bartlett, IL 60103 | Dick/GE money Bank/DSG<br>PO Box 530916<br>Atlanta, GA 30353 |
| First Midwest Bank<br>P.O Box 580<br>Joliet, IL 60434 | TCF Bank Corporate Office<br>200 Lake St East Mail<br>Code EX0-03-A<br>Wayzata, MN 55391 |
| Chase Bank<br>3415 Vision Dr<br>Columbus, OH 43219 | Presence Health St<br>Joseph Hospital<br>1643 Lewis Ave Ste 203<br>Billings, MT 59102 |

| | |
|---|---|
| Nelson, Watson + Assoc. LLC<br>80 Merrimack St LL.<br>Haverhill, MA 01830 | Flagg Creek Water Reclamation District<br>7001 N Frontage Rd<br>Burr Ridge, IL 60527 |
| Cook County Circuit Court<br>Third Municipal District<br>Rolling Meadows<br>2121 Euclid Ave #121 Rolling Meadows IL | E-Trade, 125 S Wacker Dr #100<br>Chicago, IL 60606 |
| Allstate Insurance Co<br>P.O Box 4310<br>Carol Stream, IL 60197 | Village of Hinsdale<br>19 East Chicago Ave<br>Hinsdale IL 60521 |
| Illinois Emergency Medicine<br>P.O Box 366<br>Hinsdale IL 60522 | David Rysavy<br>Rysavy Insurance + Financial Services<br>330 Georgetown Sq Ste 100<br>Wood Dale, IL 60191 |
| AT+T<br>PO Box 5014<br>Carol Stream, IL 60197 | Secretary of State<br>595 S State St #5<br>Elgin IL 60123 |
| MiraMed Revenue Group<br>991 Oak Creek Dr<br>Lombard, IL 60148 | Capital One Bank USA<br>P.O Box 71083<br>Charlotte NC 28272- |
| Village of Hinsdale<br>36238 Treasury Center<br>Chicago IL 60694 | Redmon's Towing<br>1275 Spaulding Rd<br>Elgin, IL 60120 |
| *Illinois Department of Revenue<br>P.O Box 19084<br>Springfield, IL 62794 | St Alexius Medical Center<br>1555 Barrington Rd<br>Hoffman Estates, IL 60169 |
| Hinsdale Police Department<br>Ambulance Department<br>+ Contractors<br>121 Symonds Dr<br>Hinsdale IL 60521 | Bartlett Police Department<br>+ Ambulance Department<br>+ Contractors<br>228 S Main St<br>Bartlett, IL 60103 |

| | |
|---|---|
| Alexian Brothers<br>1650 Moon Lake Blvd<br>Hoffman Estates, IL | ~~Towing Co~~<br>Hinsdale Police Department<br>121 Symonds Dr<br>Hinsdale, IL 60521 |
| Village of Bartlett Police Dept<br>228 South Main St<br>Bartlett, IL 60103 | Ruggio + Associates LLC<br>4415 East Golf Rd Ste 107<br>Arlington Heights, IL 60005 |
| IRS Dept of the Treasury<br>Internal Revenue Service<br>Kansas City MO 64999 | State of Illinois<br>Department of Revenue<br>PO Box 19035<br>Springfield, IL 62794 |
| E Trade Securities LLC<br>PO Box 484<br>Jersey City NJ 07303 | MRS Associates of<br>New Jersey<br>1930 Olney Ave<br>Cherry Hill NJ 08003 |
| La Fitness<br>2030 York Rd<br>Oak Brook, IL 60623 | Adventist Hinsdale Hospital<br>120 N Oak St<br>Hinsdale, IL 60521 |
| ComEd<br>~~Embeca Cigar Co~~<br>5229 Main St<br>Downers Grove, IL 60515 | Nicor Gas<br>P.O Box 5407<br>Carol Stream, IL 60197 |
| Allied Waste Services<br>5050 W Lake St<br>Melrose Park, IL 60160 | Dupage Pathology Associates<br>520 E 22nd St<br>Lombard, IL 60148 |
| NCO Financial Systems Inc<br>507 Prudential Rd<br>Horsham, PA 19044 | AT+T<br>PO Box 5014<br>Carol Stream IL 60197 |
| Hinsdale Hospital,<br>Adventist<br>740 Pasquinelli Dr<br>Westmont, IL 60559 | City of Elgin<br>P.O Box 457<br>Wheeling IL 60090 |
| | |

Dennis Anne Crote

| | |
|---|---|
| Mandarich Law Group, LLP<br>1 North Dearborn St, Ste 650<br>Chicago, IL 60602 | Midland Credit Management, Inc<br>2365 Northside Drive St 300<br>San Diego, CA 92108 |
| CHASE<br>He Payment Processing<br>mail Code OH4-7164<br>3415 Vision Drive<br>Columbus, OH 43219 | QCS, PO Box 4699<br>Petaluma, CA 94955<br>Richmond, VA 23238 |
| NCInc. Northwest Collectors Inc<br>3601 Algonquin Rd St 232<br>Rolling Meadows, IL 60008 | Merchants + Medical<br>Credit Corporation<br>6324 Taylor Drive<br>Flint MI 48507 |
| Kohl's Payment Center<br>PO Box 2983<br>Milwaukee WI 53201 | Nationwide Credit, Inc<br>P.O Box 26314<br>Lehigh Valley PA 18002- |
| Credit Collection Services<br>Two Wells Ave, Newton, MA | Commonwealth Edison Company<br>P.O Box 9037<br>Addison, TX 75001 |
| MCM<br>PO Box 60578<br>Los Angeles, CA 90060 | Credit Protection Association LP<br>13355 Noel Rd<br>Dallas TX 75240 |
| NCInc. Northwest Collectors Inc.<br>3601 Algonquin Rd Ste 232<br>Rolling Meadows, IL 60008 | ARS National Services Inc<br>P.O Box 469046<br>Escondido CA 92046- |
| Harris + Harris Ltd<br>111 West Jackson Blvd Ste 400<br>Chicago IL 60604 | Midland Credit Management, Inc<br>2365 Northside Drive Ste 300<br>San Diego, CA 92108 |
| Credit Collection Services<br>Two Wells Ave<br>Newton, MA 02459 | Comcast Cable Processing<br>Center -27<br>P.O Box 55126<br>Boston, MA 02205 |

| | |
|---|---|
| MRS Associates of New Jersey<br>1930 Olney Ave<br>Cherry Hill, NJ 08003 | MRS BPO LLC<br>1930 Olney Ave<br>Cherry Hill, NJ 08003 |
| A/R Concepts, Inc<br>18-3 E Dundee Rd Ste 330<br>Barrington, IL 60010 | MiraMed Revenue Group, LLC<br>991 Oak Creek Dr<br>Lombard, IL 60148 |